Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ. Settle order on notice before Mr. Justice Jaycox.

HENRY A. ENGEL, Respondent, v. CUSHMAN'S SONS, INC., Appellant.— Motion for reargument granted, and case set down for Monday, June 4, 1923. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

MARY G. ENGEL, Respondent, v. CUSHMAN'S SONS, INC., Appellant.— Motion for reargument granted, and case set down for Monday, June 4, 1923. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

MARY F. FLANIGAN, Individually and as Executrix, etc., of JAMES MCMAHON, Deceased, and Others, Appellants, v. AGNES I. MAILLIE and Another, Respondents.— Motion to dismiss appeal granted, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

ADELE FLEURY, Appellant, v. GLENS FALLS INSURANCE COMPANY OF GLENS FALLS, N. Y., Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

BENJAMIN W. HENDRICKSON, Respondent, v. NAVIGATION STEAMSHIP COMPANY, INC., and Others, Appellants. LEIF W. LARSSON, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

In the Matter of the Application of the BROOKLYN BAR ASSOCIATION to Discipline an Attorney. (ABRAHAM H. SPIEGELGASS.) — Proceedings dismissed. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

In the Matter of the Application of the TRANSIT CONSTRUCTION COMMISSIONER, Acting for and on Behalf of the City of New York, Pursuant to Chapter 4, Laws of 1891, etc., Relative to Acquiring an Estate in Fee Simple Absolute in and to Certain Premises Situated on the South Side of New Lots Avenue, between Cleveland and Elton Streets, etc.— Motion to resettle order granted, and order signed. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

JANET KEYES, Appellant, v. TOWN OF RYE, Respondent, Impleaded with VILLAGE OF RYE, Defendant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the October term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

WILLIAM J. MORGAN, Respondent, v. WILLIAM G. HAMILTON, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the October term (for which term this case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH CUCA, Appellant.— Motion to set aside order dismissing appeal granted. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

BERNARDINO ROBERTO, as Administratrix, etc., Respondent, v. JOHN F. SCHMADEKE, INC., Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Rich, Jaycox and Manning, JJ.